**FORD & DIULIO PC**
Brendan M. Ford (Bar No.224333)
BFord@FordDiulio.com
650 Town Center Drive, Suite 760
Costa Mesa, California 92626
Telephone: (714) 450-6830

Attorney for Plaintiff FOCUS 15, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOCUS 15, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NICO CORPORATION, a California Corporation; IAN MATTHEW HANNULA, an individual; JOSEPH PHILIP HALLER, an individual; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-01493-EMC<br><br>[~~PROPOSED~~] ORDER GRANTING FOCUS 15 LLC'S MOTION FOR ORDER AUTHORIZING SERVICE OF PROCESS ON DEFENDANTS IAN MATTHEW HANNULA AND JOSEPH PHILIP HALLER BY PUBLICATION AND REQUEST FOR ENLARGEMENT OF TIME WITHIN WHICH TO EFFECT SERVICE |

~~Plaintiff Focus 15 LLC's motion for order authorizing service on Defendants Ian Matthew Hannula and Joseph Phillip Haller by publication came on for hearing on June 2, 2021 at 1:30 PM in Department 5 of the above-captioned Court. After consideration of the pleadings and evidence submitted by the parties, the Court rules as follows:~~

Plaintiff's motion for order authorizing service on Defendants Ian Matthew Hannula and Joseph Phillip Haller by publication is GRANTED.

Plaintiff is ordered to provide courtesy copies of the summons, complaint, and this order to "2542 3rd Street, San Francisco, California 94107", "2535 3rd Street, San Francisco, California 94107", and nicedigital@nicecollective.com.

Publication of notice is to be made through the San Francisco Chronicle. Plaintiff is to make a publication in the San Francisco Chronicle once per week for four consecutive weeks. The publications shall be made with at least five days intervening between the respective publication dates not counting such publication dates.

Plaintiff's request for 60 day extension of time within which to effect service of process on Defendants Ian Matthew Hannula and Joseph Phillip Haller is GRANTED.

Dated: May 18, 2021

By: /s/ Edward M. Chen
Hon. Edward M. Chen
United States District Judge