**FORD & DIULIO PC**
Brendan M. Ford (Bar No.224333)
BFord@FordDiulio.com
650 Town Center Drive, Suite 760
Costa Mesa, California 92626
Telephone: (714) 450-6830

Attorney for Plaintiff FOCUS 15, LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOCUS 15, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NICO CORPORATION, a California Corporation; IAN MATTHEW HANNULA, an individual; JOSEPH PHILIP HALLER, an individual; and DOES 1 to 50, inclusive, <br><br> Defendants. | Case No. 3:21-cv-01493-EMC <br><br> [~~PROPOSED~~] ORDER GRANTING FOCUS 15 LLC'S MOTION FOR ORDER AUTHORIZING SERVICE OF PROCESS ON DEFENDANT NICO CORPORATION VIA DELIVERY TO THE CALIFORNIA SECRETARY OF STATE AND REQUEST FOR ENLARGEMENT OF TIME WITHIN WHICH TO EFFECT SERVICE |

~~Plaintiff Focus 15 LLC's motion for order authorizing service on Defendant NICO Corporation via delivery to the California Secretary of State and request for enlargement of time within which to effect service came on for hearing on June 2, 2021 at 1:30 PM in Department 5 of the above-captioned Court. After consideration of the pleadings and evidence submitted by the parties, the Court rules as follows:~~

Plaintiff's motion for order authorizing service on Defendant NICO Corporation via delivery to the California Secretary of State is GRANTED.

Plaintiff is ordered to provide courtesy copies of the summons, complaint, and this order to "2542 3rd Street, San Francisco, California 94107", "2535 3rd Street, San Francisco, California 94107", and nicedigital@nicecollective.com.

Plaintiff's request for 60 day extension of time within which to effect service of process on Defendant NICO Corporation is GRANTED.

Dated: May 18, 2021

By: _____
Hon. Edward M. Chen
United States District Judge